**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**JONATHAN MOODY and**
**ALLISON COCKMAN,**

      Defendants.

Case No. 7:13-CR-16 (HL)

**ORDER**

This case is before the Court on the parties' Joint Motion to Sever Party Defendants (Doc. 45). The motion is granted. The Court severs Defendant Cockman from Defendant Moody for purposes of trial. The charges asserted against Defendant Moody will proceed to trial, with jury selection scheduled for July 29, 2013.

**SO ORDERED**, this the 26th day of July, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh