IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 7:13-CR-16 (HL) |
| | : |
| ALLISON COCKMAN | : |

### ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment against ALLISON COCKMAN are hereby DISMISSED.

SO ORDERED this __17th__ day of __July__, 2014.


_s/ Hugh Lawson_____
HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE


Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney=s Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511